Law                    Offices of

# PHILIP J. DANAHER, ESQ.

77 Troy Road
East Greenbush, New York 12061

Telephone (518) 463-4383                                    Fax (518) 463-4386

May 16, 2026
Via cm/ecf

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York   12207

 RE: Tewari, Sanjay Om
       Chapter 7 Case No. 25-10546

Dear Clerk:

 In relation to the above-referenced matter, I would respectfully request that my Motion to Extend Time, filed on April 30, 2026 as Document 70, and scheduled to be heard before the Court on August 13, 2026 at 10:00 am, be withdrawn.

Very truly yours,

/s/ Philip J. Danaher

Philip J. Danaher
Chapter 7 Trustee

PJD:pjd

Cc: U. S. Trustee
     Debtor(s) Counsel